United States District Court
Southern District of New York

---

Kathleen Newhook,

                Plaintiff,                  AFFIDAVIT OF SERVICE
                                                             Case No: 07 CV 7378

    -against-

Roosevelt Island Operating Corporation,
et al.,

                Defendants.

---

State of New York )
                    ss:
County of Albany  )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on August 29, 2007 at approximately 1:10 p.m. deponent served the following specific papers pursuant to Section 307 of the Business Corporation Law; Summons in a Civil Case, Civil Cover Sheet and Complaint, Procedures for Electronic Case Filing dated March 6, 2003, Third Amended Instructions for Electronic Case of Appeal dated June 7, 2004 and Guidelines for Electronic Case Filing Dated December 1, 2003; that the corporation served was Roosevelt Island Operating Corporation, a unauthorized foreign corporation, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0"-5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                                            _____
                                                                            Mary M. Bonville

Sworn to before me this 24th day of August, 2007

_____
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010