UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
KATHLEEN NEWHOOK

                Plaintiff,

           -against-                            CASE NO.
                                                          07-7378

ROOSEVELT ISLAND OPERATING                    Affidavit Of Service
CORPORATION, ROOSEVELT ISLAND
ASSOCIATES, MANHATTAN PARK LEASING
CORPORATION, AND GRENADIER REALTY CORP.


                Defendants.

------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

    **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

    On **August 28,2007** at approximately **2:02pm**, deponent served a **SUMMONS AND COMPLAINT WITH COVER LETTER**, in the above captioned action upon **Roosevelt Island Associates c/o Manhattan Park,Inc c/o Starrett Corporation at 70 East 55th Street 7th floor, New York, NY 10022**, by delivering a true and correct copy of said documents to **Edith Funk/Legal Department**, who accepted service on behalf of Roosevelt Island Associates.

    **Ms. Funk's** approximate physical description is:

    RACE:     White
    SEX:      FEMALE
    HAIR:     Brown
    EYES:     BROWN
    HEIGHT:   5'2"
    WEIGHT:   140 lbs
    AGE:      40-50

                                                        Robert Vick

Sworn to Before Me this
29th day of AUGUST, 2007.

_____
NOTARY PUBLIC

JUAN R. RIVERA
NOTARY PUBLIC STATE OF NEW YORK
NO. 01R16108672
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 19, 2008