UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
KATHLEEN NEWHOOK

                Plaintiff,

           -against-                              CASE NO.
                                                            07-7378

ROOSEVELT ISLAND OPERATING                 Affidavit Of Service
CORPORATION, ROOSEVELT ISLAND
ASSOCIATES, MANHATTAN PARK LEASING
CORPORATION, AND GRENADIER REALTY CORP.


                Defendants.

------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

    **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn**, New York.

    On **August 28, 2007** at approximately **1:30pm**, deponent served a **SUMMONS AND COMPLAINT WITH COVER LETTER**, in the above captioned action upon **Manhattan Park Leasing Corp c/o CT Corporation System**, at **111 Eight Avenue, New York, NY 10011**, by delivering a true and correct copy of said documents to **Nora Bindyal/Legal Department**, who accepted service on behalf of CT CORPORATION SYSTEM

    **Ms. Bindyal** approximate physical description is:

| | |
|---|---|
| RACE: | BLACK |
| SEX: | FEMALE |
| HAIR: | BLACK |
| EYES: | BROWN/w glasses |
| HEIGHT: | 5'5" |
| WEIGHT: | 140 lbs |
| AGE: | 40-50 |

                                                                       _Robert Vick_
                                                                      Robert Vick

Sworn to Before Me this
25th day of August, 2007.

_____
NOTARY PUBLIC
Morris267

JUAN R. RIVERA
NOTARY PUBLIC STATE OF NEW YORK
NO. 01RI6108672
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 19, 200_