United States District Court
Southern District of New York

_____

Kathleen Newhook,

                        Plaintiff,                                      AFFIDAVIT OF SERVICE
                                                                        Case No: 07 CV 7378

           -against-

Roosevelt Island Operating Corporation,
et al.,

                        Defendants.

_____

State of New York )
                           ss:
County of Albany   )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not
a party to this action.  That on August 29, 2007 at approximately 1:10 p.m. deponent
served the following specific papers pursuant to Section 306 of the Business Corporation
Law; Summons in a Civil Case, Civil Cover Sheet and Complaint, Procedures for
Electronic Case Filing dated March 6, 2003, Third Amended Instructions for Electronic
Case of Appeal dated June 7, 2004 and Guidelines for Electronic Case Filing Dated
December 1, 2003; that the corporation served was Grenadier Realty Corp., a domestic
business corporation, one of the defendants in this action, by personally serving two
copies of the aforesaid papers at the office of the Department of State located in the City
of Albany, New York by delivering to and leaving the papers with Carol Vogt, a white
female with brown hair, being approximately 46-55 years of age; height of 5'0"-5'3",
weight of 100-130 lbs., being an authorized person in the Corporation Division of the
Department of State and empowered to receive such service.  That at the time of making
such service deponent paid to the Secretary of State the fee prescribed by Law in the
amount of $40.00.

                                                    _Mary M. Bonville_
                                                       Mary M. Bonville

Sworn to before me this 29th day of August, 2007

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010