09/13/2007 21:03 FAX                                                                                       ☒001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN NEWHOOK,

                              Plaintiff,

-against-                            07 Civ. 7378 (LAK)

ROOSEVELT ISLAND OPERATING
CORPORATION, ROOSEVELT ISLAND     STIPULATION EXTENDING TIME
ASSOCIATES, MANHATTAN PARK LEASING  (First Extension)
CORPORATION, and GRENADIER REALTY
CORP.

                              Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for all defendants to serve a response to the complaint herein is extended from September 17, 2007 to and through October 16, 2007.

New York, New York
September 17, 2007

MORRISON & FOERSTER LLP                    NIXON PEABODY LLP

By: _____                      By: _____
    J. Alexander Lawrence,                            Adam B. Gilbert (AG 0890)
    Eileen A. Pizzurro.

Attorneys for Plaintiff                            Attorneys for All Defendants
1290 Avenue of the Americas                 437 Madison Avenue
New York, New York 10104                    New York, New York 10022
(212) 468-8000                                  (212) 940-3000
FAX: (212) 468-7900                           FAX: (212) 940-3111

So ordered this ___ day of September 2007

_____
           U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07