```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

KATHLEEN NEWHOOK,                         :   07-cv-07378 (LAK)

        Plaintiff,                        :

    -against-                                  :

ROOSEVELT ISLAND OPERATING               :
CORPORATION, ROOSEVELT ISLAND
ASSOCIATES, MANHATTAN PARK LEASING       :
CORPORATION, and GRENADIER REALTY
CORP.,                                    :

        Defendants.

---------------------------------------------------------------- x

## CONSENT SCHEDULING ORDER

Upon consent of the parties, it is hereby

    ORDERED as follows:

1. No additional parties may be joined after December 18, 2007.

2. No amendments to the pleadings will be permitted after January 14, 2008.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before January 29, 2008;

    (b)    rebuttal expert witnesses on or before February 19, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before March 11, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before April 1, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

ny-777108

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: October 2, 2007

                                            Lewis A. Kaplan
                                      United States District Judge

CONSENTED TO:

MORRISON & FOERSTER LLP

By: _____
J. Alexander Lawrence
Eileen A. Pizzurro
Attorneys for Plaintiff
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Fax: (212) 468-7900

NIXON PEABODY LLP

By: _____
Adam B. Gilbert
Attorney for all Defendants
437 Madison Avenue
New York, NY 10022
(212) 940-3000
Fax: (212) 940-3111