KAPLAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN NEWHOOK,

                      Plaintiff,

-against-

ROOSEVELT ISLAND OPERATING
CORPORATION, ROOSEVELT ISLAND
ASSOCIATES, MANHATTAN PARK LEASING
CORPORATION, and GRENADIER REALTY
CORP.

                      Defendants.

07 Civ. 7378 (LAK)

STIPULATION EXTENDING TIME
(Second Extension)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for all defendants to serve a response to the complaint herein is extended from October 16, 2007 to and through November 6, 2007.

New York, New York
October 9, 2007

MORRISON & FOERSTER LLP

By: _____
J. Alexander Lawrence,
Eileen A. Pizzurro.

Attorneys for Plaintiff
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000
FAX: (212) 468-7900

NIXON PEABODY LLP

By: _____
Adam B. Gilbert (AG 0890)

Attorneys for All Defendants
437 Madison Avenue
New York, New York 10022
(212) 940-3000
FAX: (212) 940-3111

SO ORDERED this 10 day of October 2007

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07