J. Alexander Lawrence
Eileen A. Pizzurro
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000

Attorneys for Plaintiff
Kathleen Newhook

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN NEWHOOK,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ROOSEVELT ISLAND OPERATING CORPORATION, ROOSEVELT ISLAND ASSOCIATES, MANHATTAN PARK LEASING CORPORATION, and GRENADIER REALTY CORP.,<br><br>                    Defendants. | Civil Action No.: 07 CV 7378 (LAK)(HBP)<br><br>**ECF Case**<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

  PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1), Plaintiff Kathleen Newhook hereby voluntarily dismisses the above captioned action without prejudice.

ny-784185

Dated: November 2, 2007             MORRISON & FOERSTER LLP

                                    By: _____
                                        J. Alexander Lawrence
                                        Eileen A. Pizzurro

                                    1290 Avenue of the Americas
                                    New York, New York, 10104-0012
                                    Telephone: (212) 468-8000

                                    Attorneys for Plaintiff
                                    Kathleen Newhook

ny-784185