## CERTIFICATE OF SERVICE

Eileen A. Pizzurro, hereby certifies that on November 2, 2007, that a true copy of the within Notice of Dismissal without prejudice was served by Email and U.S. Mail upon the following:

>   Adam Gilbert, Esq.
>   Nixon Peabody
>   437 Madison Avenue
>   New York, New York 10022
>   agilbert@nixonpeabody.com
>   *Counsel for All Defendants*

                                            _____
                                            Eileen A. Pizzurro

ny-784196