J. Alexander Lawrence
Eileen A. Pizzurro
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000

Attorneys for Plaintiff
Kathleen Newhook



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN NEWHOOK,

        Plaintiff,

-against-

ROOSEVELT ISLAND OPERATING
CORPORATION, ROOSEVELT ISLAND
ASSOCIATES, MANHATTAN PARK
LEASING CORPORATION, and GRENADIER
REALTY CORP.,

        Defendants.

---

Civil Action No.: 07 CV 7378 (LAK)(HBP)

ECF Case

NOTICE OF
VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1), Plaintiff Kathleen Newhook hereby voluntarily dismisses the above captioned action without prejudice.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

4/17/08

ny-784185

Dated: November 2, 2007    MORRISON & FOERSTER LLP

By: _____Eileen Pizzurro_____
J. Alexander Lawrence
Eileen A. Pizzurro

1290 Avenue of the Americas
New York, New York, 10104-0012
Telephone: (212) 468-8000

Attorneys for Plaintiff
Kathleen Newhook

ny-784185

## CERTIFICATE OF SERVICE

Eileen A. Pizzurro, hereby certifies that on November 2, 2007, that a true copy of the within Notice of Dismissal without prejudice was served by Email and U.S. Mail upon the following:

>Adam Gilbert, Esq.
>Nixon Peabody
>437 Madison Avenue
>New York, New York 10022
>agilbert@nixonpeabody.com
>*Counsel for All Defendants*

*[signature]*
Eileen A. Pizzurro

ny-784196